IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01773-RPM

JOAN MCINERNEY,

    Plaintiff,

v.

BRIAN MCLAUGHLIN and
DENNIS KING,

    Defendants.

_____

ORDER DISMISSING DEFENDANT BRIAN MCLAUGHLIN
_____

Pursuant to the Stipulation to Dismiss Defendant Brian McLaughlin with Prejudice [13] filed January 3, 2012, it is

ORDERED that all of Plaintiff's claims against Defendant Brian McLaughlin are dismissed with prejudice, each party to pay their own attorney's fees and costs.

DATED: January 4th, 2012

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge