IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01773-RPM

JOAN MCINERNEY,

    Plaintiff,

v.

DENNIS KING,

    Defendant.

_____

## JUDGMENT
_____

Pursuant to the Order Granting Summary Judgment, by Senior District Judge Richard P. Matsch, entered November 8, 2013, it is

ORDERED that defendant's motion for summary judgment is granted. It is

FURTHER ORDERED that judgment is entered in favor of defendant Dennis King and against plaintiff Joan McInerney. It is

FURTHER ORDERED that defendant Dennis King shall have his costs by the filing of a Bill of Costs with the Clerk of this court within fourteen days of entry of judgment. It is

FURTHER ORDERED that the Complaint and this civil action are dismissed.

DATED: November 8, 2013

                                                          FOR THE COURT:
                                                          Jeffrey P. Colwell, Clerk

                                                             s/J. Chris Smith
                                                     By_____
                                                              Deputy Clerk