IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01773-RPM

JOAN MCINERNEY,

     Plaintiff,

v.

DENNIS KING,

     Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**


s /M.V. Wentz
 Secretary


     A conference after remand is **scheduled for September 23, 2015, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.


DATED: September 17, 2015