IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01773-RPM

JOAN MCINERNEY,

      Plaintiff,

v.

DENNIS KING,

      Defendant.

_____

ORDER OF DISMISSAL
_____

      Upon review of plaintiff's unopposed motion to dismiss [Docket 70], it is

      ORDERED that this action is dismissed with prejudice, each party to bear their

own fees and costs.

      DATED:   April 6, 2016.

                       BY THE COURT:

                       s/Richard P. Matsch

                       _____

                       Richard P. Matsch, Senior District Judge